FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 07 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN YOUNG,                    )
                                )
            Plaintiff,          )   Case No. C09-1230-JLR
                                )
    v.                          )
                                )   **ORDER OF DISMISSAL**
JOHN A. PALAKOVICH, et al.,     )
                                )
            Defendants.         )
_____)

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  The complaint is DISMISSED.

(3)  The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 7th day of December, 2009.

JAMES L. ROBART
United States District Judge

09-CV-01230-ORD

ORDER OF DISMISSAL – 1